**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF KENTUCKY**
**LEXINGTON DIVISION**

IN RE:

| | |
|---|---|
| **ELCANY CLARK, III** | **CASE NO: 18-51432-grs** |
| **STACY CLARK** | **CHAPTER 13** |

**Debtors.**

___

**OBJECTION TO CONFIRMATION OF CHAPTER 13 PLAN**
___

Comes now, Prestige Financial Services, Inc. ("Prestige Financial"), by and through its attorney, and in support of its Objection to Confirmation of Plan and Plan Terms, would state and show unto the Court that:

1. Prestige Financial is a creditor of the Debtors, Elcany Clark, III and Stacy Clark, by virtue of that certain Retail Installment Contract and Security Agreement ("Contract") dated September 3, 2014 for the financed purchase of a 2012 Kia Forte, VIN: KNAFU4A22C5628717 ("Vehicle"), which Contract was assigned to Prestige Financial for value and in good faith.

2. As evidenced by the Proof of Claim filed in this case, the amount due and owing to Prestige Financial was $13,256.01 with interest at 19.49 percent at the time the bankruptcy petition was filed.

3. The Debtors propose in the Plan that the claim of Prestige Financial be secured for a value of $2,300.00 to be paid with 6.00 percent interest and no adequate protection payments.

4. According to NADA, the value of said Vehicle is $6,000.00.

5. Debtors' proposed Chapter 13 Plan does not comply with 11 U.S.C. § 1325(a)(3) in that the Plan has not been filed in good faith.

6. Debtors' proposed Chapter 13 Plan does not meet the requirements of 11 U.S.C. § 1325(a) in that it does not provide adequate protection for Prestige Financial's interests pursuant to 11 U.S.C. §§ 361 and 1326, fails to state the correct value of Prestige Financial's secured claim, and fails to propose an interest rate that will pay the present value of Prestige Financial's secured claim.

WHEREFORE, the above premises considered, Prestige Financial prays:

1. That confirmation of the Debtors' Chapter 13 Plan, as presently proposed, be denied.

2. For such other relief to which it may be entitled.

Respectfully Submitted,

*/s/ Aaron J. Nash*
Aaron J. Nash (95839)
EVANS PETREE PC
Attorneys for Prestige Financial
2550 Meridian Blvd., Ste. 200
Franklin, TN  37067
(615) 567-8161 telephone
(615) 349-3528 fax
anash@evanspetree.com

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing Objection to Confirmation of Plan and Plan Terms document was mailed, postage prepaid, to the Debtors, Elcany Clark, III, 200 Hill N. Dell Road, Paris, KY 40361; and Stacy Clark, 200 Hill N. Dell Road, Paris, KY 40361; and served electronically upon Debtors' Attorney, Brian T Canupp, 322 Main St, Paris, KY 40361; the Chapter 13 Trustee, Beverly M. Burden, P.O. Box 2204, Lexington, KY 40588; and U.S. Trustee, 100 E. Vine St. #500, Lexington, KY 40507, on this 9th day of August, 2018.

/s/ Aaron J. Nash
Aaron J. Nash