## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF KENTUCKY
## LEXINGTON DIVISION

**IN THE MATTER OF:**

**ELCANY CLARK, III**
**STACY CLARK**

**CHAPTER 13**
**CASE NUMBER**
**18-51432-GRS**

**DEBTOR(S)**

---

### OBJECTION TO MOTION FOR RELIEF FROM STAY

COME now the debtors, Elcany & Stacy Clark, and do state their objection to the motion for relief from stay filed by Consumer Portfolio Services. The clark's intend to pay the 2016 through the plan. At present the plan is close to confirmation and upon confirmation the creditor will receive payments as disbursed by the Chapter 13 Trustee.

It is not appropriate for relief from stay to be granted as none of the debtor's creditors have received payment as of December 10, 2018. Post Petition Payment for the Movant, post petition, will come from the Chapter 13 Trustee.

It is respectfully requested that this moton be denied and that the plan be allowed to proceed toward confirmation.

Respectfully Submitted,

BRIAN T. CANUPP, PSC

*/s/ Brian T. Canupp*
Brian T. Canupp
322 Main Street
Paris, Kentucky 40361
859-988-9658
Brian@Canupplaw.com

1

## NOTICE OF HEARING

You will here by take notice that a heaing on the above styled motion will be held on the 3rd day of January, 2019 at the Community Trust Bank Building, 100 East Vine St., Lexington, KY 40507

*/s/ Brian T. Canupp*_____

CERTIFICATE OF SERVICE

I hereby certify that on this the 10th day of February 2018 a copy of the forgoing response to Creditor's Motion for Relief from Stay was served on the following parties via US Mail or Via CM/ECF Service as appropriate.

Elizabeth A. McHargue
Attoney for Movant

Beverly Burden
Chapter 13 Trustee

*/s/ Brian T. Canupp*_____

2