# UNITED STATES BANKRUPTCY COURT
## Eastern District of Kentucky
## Lexington Division

Mailing Address: P.O. Box 1111, Lexington, KY 40588–1111

| | |
|---|---|
| In re  Elcany Clark III<br>Stacy Clark<br>200 Hill N Dell Road<br>Paris, KY 40361<br>200 Hill N Dell Road<br>Paris, KY 40361 | Case No. 18–51432–grs<br><br>Chapter: 13 |

aka/dba:

SSN/TID: xxx–xx–3916
         xxx–xx–3034

Debtor(s)

## ORDER TO FILE NOTICE OF HEARING

A motion for relief from the automatic stay [ECF No. 34] having been filed November 29, 2018, on behalf of Consumer Portfolio Services, and an objection [ECF No. 37] to the motion having been filed that is defective for the following reason(s):

☒ Notice of hearing is missing/incorrect. Go to www.kyeb.uscourts.gov to obtain correct hearing information.

☐ Other.

IT IS ORDERED that counsel for Debtors, Brian T Canupp shall properly notice said matter for hearing within 7 days from the date of this order, or the objection shall be deemed overruled, and the stay may be lifted. The automatic stay shall remain in effect pending conclusion of the final hearing and determination under 11 USC Section 362(d), if a timely notice of hearing is filed.

DATED: 12/11/18

                                            By the court –

                                            /s/ Gregory R. Schaaf
                                            Gregory R. Schaaf
                                            U.S. Bankruptcy Judge